O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BILLEY L. DOOLEY,                    ) Case No. EDCV 13-1447-RGK (DTB)
                                     )
            Plaintiff,               )
                                     )
       vs.                           ) ORDER ACCEPTING FINDINGS,
                                     ) CONCLUSIONS AND
                                     ) RECOMMENDATIONS OF UNITED
KAMALA HARRIS, et al.,               ) STATES MAGISTRATE JUDGE
                                     )
            Defendants.              )
                                     )

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Objections to the Report and Recommendation have been filed herein.  Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

       IT THEREFORE IS ORDERED that Judgment be entered dismissing the Complaint with prejudice.

DATED:  January 16, 2014

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1