JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLEY L. DOOLEY, | Case No. EDCV 13-1447-RGK (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| KAMALA HARRIS, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: January 16, 2014

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1